IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARK ANTHONY HUGGINS**                                                                         **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:22cv81-MPM-DAS**

**COUNTY OF TISHOMINGO, MISSISSIPPI;
JOHN DENNIS DAUGHERTY, INDIVIDUALLY AND
AS SHERIFF OF TISHOMINGO COUNTY,
MISSISSIPPI; JOHN DOE; JANE DOE; and
OTHER UNKNOWN DEPUTIES AND
DEFENDANTS 1-10, ALL WHOSE NAMES
ARE PRESENTLY UNKNOWN, INDIVIDUALLY**             **DEFENDANTS**

## **ORDER**

This cause comes before the court on the motion of plaintiff to continue and stay this action. In so moving, plaintiff writes that:

> 2. Plaintiff has been checked into Broken Lives Ministry, a rehabilitation facility in Nettleton, Mississippi, by a member of his family, and is expected to graduate the program on May 19, 2024. During his stay, he is not allowed to leave the premises. See the notice letter attached hereto as an Exhibit.
> 3. A telephonic Settlement Conference has been scheduled in this cause for December 18, 2023, and many deadlines and other proceedings are set to occur while Plaintiff is involved in this program. Plaintiff would request that the Settlement Conference as well as all other proceedings, be continued, and that all proceedings stayed in this matter until such time as he is able to complete the program.

[Motion at 1]. Defendants have filed a response indicating that "they have no objection to the motion or the relief sought therein," and this court concludes that the motion is well taken and should be granted.

In light of the foregoing, it is ordered that the Settlement Conference set for December 18, 2023 is hereby continued, and all further proceedings and deadlines set in this matter are

hereby stayed until such time as plaintiff is able to complete the rehabilitative program at Broken Lives Ministry. In light of this order, the trial in this matter is hereby continued until a date to be determined later, and this court trusts that the Magistrate Judge will re-set other applicable case management deadlines in this case.

    This, the 13th day of December, 2023.

                                            /s/Michael P. Mills
                                            UNITED STATES DISTRICT JUDGE
                                            NORTHERN DISTRICT OF MISSISSIPPI