IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARK ANTHONY HUGGINS**                      **PLAINTIFF**

**VS.**                      **CIVIL ACTION NO. 1:22cv81-MPM-DAS**

**COUNTY OF TISHOMINGO, MISSISSIPPI;
JOHN DENNIS DAUGHERTY, INDIVIDUALLY AND
AS SHERIFF OF TISHOMINGO COUNTY,
MISSISSIPPI; JOHN DOE; JANE DOE; and
OTHER UNKNOWN DEPUTIES AND
DEFENDANTS 1-10, ALL WHOSE NAMES
ARE PRESENTLY UNKNOWN, INDIVIDUALLY**                    **DEFENDANTS**

## **ORDER**

On December 4, 2024, Magistrate Judge Sanders issued a Report and Recommendation (R&R) recommending that this case be dismissed for failure to prosecute. Plaintiff has not responded to that R&R, nor has he sought additional time to do so. This court will therefore adopt Judge Sanders' R&R as its own and dismiss this case for failure to prosecute. In so stating, this court holds open the slight possibility that, if plaintiff were to establish 1) that he failed to receive notice of Judge Sanders' R&R; and 2) that he has a compelling substantive response to the issues and concerns raised in that R&R, then this court would at least consider reopening the case and allowing plaintiff to prosecute it on a *pro se* basis. With this caveat, this case will be dismissed for failure to prosecute.

It is therefore ordered that Judge Sanders' R&R is adopted as the order of this court, and this case is dismissed for failure to prosecute.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

This, the 13th day of January, 2025.

                                       /s/ Michael P. Mills
                                       **UNITED STATES DISTRICT JUDGE
                                       NORTHERN DISTRICT OF MISSISSIPPI**